## (March 27, 1962)

WILLIAM O'NEILL et al., Respondents, v. SAMUEL ZANGHI et al., Appellants, and WILLIAM O'NEILL, Respondent. EDWARD DIXON, Respondent, v. VILLAGE OF PAWLING, PAWLING FIRE DEPARTMENT et al., Appellants, and WILLIAM O'NEILL, Respondent.— Motion by appellants for a stay, pending appeal, granted on condition that appellants perfect the appeal and be ready to argue or submit it on April 6, 1962; appeal ordered on the calendar for said day. On the court's own motion, the appeal will be heard on the original papers and on appellants' and respondents' typewritten briefs, which shall

include a copy of the opinion, if any, of the court below. The appellants and respondents are directed to file six copies of their respective typewritten briefs and to serve one copy on each other. The appellants' brief must be served and filed on or before April 2, 1962. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.